| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>LAW OFFICES OF SCOTT J. GOLDSTEIN, LLC<br>280 West Main Street<br>Denville, NJ 07834<br>Tel: 973-453-2838<br>Fax: 973-453-2869<br>sjg@sgoldsteinlaw.com<br>Scott J. Goldstein, Esq. (016472004) | FILED<br>James J. Waldron<br><br>JUL 1 1 2016<br><br>U.S. Bankruptcy Court<br>Newark, New Jersey<br>BY_____Deputy |
| In Re:<br><br>MABEL FERRARO | Case No.: 14-19708<br><br>Hearing Date: July 6, 2016<br><br>Judge: ROSEMARY GAMBARDELLA |

### ORDER APPROVING COMPROMISE PURSUANT TO FED. R. BANKR. P. 9019

The relief set forth on the following pages, numbered two (2) through 2   is hereby **ORDERED**.

7-11-16   USBJ                        _____

PAGE 2
In re: Mabel Ferraro
Case No,. 14-19708
**ORDER APPROVING COMPROMISE PURSUANT TO FED. R. BANKR. P. 9019**

**THIS MATTER**, having been opened to the Court on the Motion of the Debtor Mabel Ferraro, by and through their attorneys, Law Offices of Scott J. Goldstein, LLC, and Scott J. Goldstein, Esq., seeking an order pursuant to Fed.R. Bankr. P. 9019 approving of a certain settlement of a personal injury action, and the Court having considered the papers submitted in support of and in opposition to the Motion, if any, and the Court having heard the arguments of counsel, if any, and a Notice of Settlement or Compromise Pursuant to Fed. R. Bankr. 9019 having been filed and no objection to the settlement having been made, and good and proper service on all interested parties, the Standing Chapter 13 Trustee, and the Office of the United States Trustee having been made and for good cause shown:

**IT IS HEREBY ORDERED AS FOLLOWS:**

A. The Debtors' motion be and is hereby granted on the terms set forth herein;

B. Pursuant to Fed. R. Bankr. P. 9019, the Settlement Agreement be and is hereby approved in all aspects,

C. The Debtors, Counsel, and the defendants be and are hereby authorized to execute any and all other documents necessary to effectuate the Settlement Agreement.

*Disbursements of the funds shall be made in accordance with the attached disbursement statement.*

# Law Firm Of
## Tobin, Kessler, Greenstein, Caruso, Wiener Konray
### Statement of Disbursement of Settlement Funds

RE: Ferraro, Mrs. Mabel
Atty: HNW

Case #: 240830
Opened: 12/3/2012

| | |
|---|---:|
| Check to be received from: Defendant(s) | |
| Less Costs (See attached ledger for details): | $ 50,000.00 |
| Net Recovery: | $ 2,621.00 |
| Less TKGCW&K Legal fee: | $ 47,379.00 |
| Balance............................................................................. | $ 15,793.00 |
| | $ 31,586.00 |

#### Expenses/Liens Chargeable to Client

| | |
|---|---:|
| 1 Doctors Care | |
| 2 Dr. Ningning He | $ 4,270.93 |
| 3 American Imaging of Edison | $ 776.03 |
| 4 Escrow for Health lien | $ 300.00 |
| | $ 10,446.04 |

Total of Expenses/Liens Chargeable to Client.................................................. $ 15,793.00
Client Receives.................................................................................... $ 15,793.00

I accept this settlement with the knowledge that I am waiving my right to a full trial at which I might receive more money or less money than this settlement.

I certify that all medical bills arising out of this matter have been paid, except as set forth above which will be paid by me. If any of the above or future medical expenses are reimbursable through insurance, I understand that it is my responsibility to submit the bills to the appropriate insurance company.

It is hereby acknowledged and agreed that the firm of Tobin, Kessler, Greenstein, Caruso, Wiener & Konray, P.C. is discharged and released from further professional services in this matter.

In most cases, proceeds from personal injury cases are tax free. However, you must consult with your tax advisors as to how the money you are receiving should be treated for tax purposes.

I, the undersigned, hereby request and authorize my attorneys, Tobin, Kessler, Greenstein, Caruso, Wiener & Konray, P.C., to endorse, in my name, the settlement draft or check received in settlement of the above matter and to deposit same in their trust account for the sole purpose of disbursing the funds in accordance with this closing statement.

I hereby approve of the above distribution of settlement funds.

Date: _____

_____
Mabel Ferraro