| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-2(c)<br>LAW OFFICES OF SCOTT J. GOLDSTEIN, LLC<br>280 West Main Street<br>Denville, NJ 07834<br>Tel: 973-453-2838<br>Fax: 973-453-2869<br>sjg@sgoldsteinlaw.com<br>Scott J. Goldstein, Esq. (016472004) | FILED<br>James J. Waldron<br>JUL 1 1 2016<br>U.S. Bankruptcy Court<br>Newark, New Jersey<br>BY_____Deputy |
| In Re:<br><br>MABEL FERRARO | Case No.: 14-19708<br>Hearing Date: July 6, 2016<br>Judge: ROSEMARY GAMBARDELLA |

## ORDER APPROVING COMPROMISE PURSUANT TO FED. R. BANKR. P. 9019

The relief set forth on the following pages, numbered two (2) through 2 is hereby **ORDERED**.

7-11-16    USBJ    _/s/ Rosemary Gambardella_

PAGE 2
In re: Mabel Ferraro
Case No,. 14-19708

## ORDER APPROVING COMPROMISE PURSUANT TO FED. R. BANKR. P. 9019

**THIS MATTER**, having been opened to the Court on the Motion of the Debtor Mabel Ferraro, by and through their attorneys, Law Offices of Scott J. Goldstein, LLC, and Scott J. Goldstein, Esq., seeking an order pursuant to Fed.R. Bankr. P. 9019 approving of a certain settlement of a personal injury action, and the Court having considered the papers submitted in support of and in opposition to the Motion, if any, and the Court having heard the arguments of counsel, if any, and a Notice of Settlement or Compromise Pursuant to Fed. R. Bankr. 9019 having been filed and no objection to the settlement having been made, and good and proper service on all interested parties, the Standing Chapter 13 Trustee, and the Office of the United States Trustee having been made and for good cause shown:

**IT IS HEREBY ORDERED AS FOLLOWS:**

A. The Debtors' motion be and is hereby granted on the terms set forth herein;

B. Pursuant to Fed. R. Bankr. P. 9019, the Settlement Agreement be and is hereby approved in all aspects,

C. The Debtors, Counsel, and the defendants be and are hereby authorized to execute any and all other documents necessary to effectuate the Settlement Agreement.

*[Handwritten:] Disbursements of the funds shall be made in accordance with the attached disbursement statement.*

# Law Firm Of
## Tobin, Kessler, Greenstein, Caruso, Wiener Konray
### Statement of Disbursement of Settlement Funds

RE: Ferraro, Mrs. Mabel
Atty: HNW

Case #: 240830
Opened: 12/3/2012

| | |
|---|---:|
| Check to be received from: Defendant(s) | |
| Less Costs (See attached ledger for details): | $ 50,000.00 |
| Net Recovery: | $ 2,621.00 |
| Less TKGCW&K Legal fee: | $ 47,379.00 |
| Balance............................................................................................... | $ 15,793.00 |
| | $ 31,586.00 |

### Expenses/Liens Chargeable to Client

| | | |
|---|---:|---:|
| 1 Doctors Care | | |
| 2 Dr. Ningning He | $ | 4,270.93 |
| 3 American Imaging of Edison | $ | 776.03 |
| 4 Escrow for Health lien | $ | 300.00 |
| | $ | 10,446.04 |

Total of Expenses/Liens Chargeable to Client..................................................... $ 15,793.00
Client Receives........................................................................................... $ 15,793.00

I accept this settlement with the knowledge that I am waiving my right to a full trial at which I might receive more money or less money than this settlement.

I certify that all medical bills arising out of this matter have been paid, except as set forth above which will be paid by me. If any of the above or future medical expenses are reimbursable through insurance, I understand that it is my responsibility to submit the bills to the appropriate insurance company.

It is hereby acknowledged and agreed that the firm of Tobin, Kessler, Greenstein, Caruso, Wiener & Konray, P.C. is discharged and released from further professional services in this matter.

In most cases, proceeds from personal injury cases are tax free. However, you must consult with your tax advisors as to how the money you are receiving should be treated for tax purposes.

I, the undersigned, hereby request and authorize my attorneys, Tobin, Kessler, Greenstein, Caruso, Wiener & Konray, P.C., to endorse, in my name, the settlement draft or check received in settlement of the above matter and to deposit same in their trust account for the sole purpose of disbursing the funds in accordance with this closing statement.

I hereby approve of the above distribution of settlement funds.

Date: _____

_____
Mabel Ferraro

United States Bankruptcy Court
District of New Jersey

In re:                                                                                    Case No. 14-19708-RG
Mabel Ferraro                                                                             Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin            Page 1 of 1             Date Rcvd: Jul 11, 2016
                              Form ID: pdf903        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 13, 2016.
db              +Mabel Ferraro,   340 Harrison Avenue,   Roselle, NJ 07203-1455

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 13, 2016                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 11, 2016 at the address(es) listed below:
              Alexandra T. Garcia    on behalf of Creditor    M&T Bank NJECFMAIL@mwc-law.com
              Celine P. Derkrikorian    on behalf of Creditor    M&T Bank njecfmail@mwc-law.com
              Denise E. Carlon    on behalf of Creditor    M&T Bank bankruptcynotice@zuckergoldberg.com,
               dcarlon@zuckergoldberg.com
              Joshua I. Goldman    on behalf of Creditor    M&T Bank jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Scott J. Goldstein    on behalf of Debtor Mabel  Ferraro sjg@sgoldsteinlaw.com,
               cmecf.sgoldsteinlaw@gmail.com;notices@uprightlaw.com;G31979@notify.cincompass.com
                                                                                                TOTAL: 6