Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                Case No.: 14−19708−RG
                Chapter: 13
                Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Mabel Ferraro
   340 Harrison Avenue
   Roselle, NJ 07203

Social Security No.:
   xxx−xx−8955

Employer's Tax I.D. No.:

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 1/18/17 at 10:30 AM

to consider and act upon the following:

*58* − Motion for Relief from Stay re: 340 Harrison Avenue, Borough of Roselle, NJ 07203. Fee Amount &#036 176. Filed by Michael E. Blaine on behalf of M&T Bank. Hearing scheduled for 9/21/2016 at 10:30 AM at RG − Courtroom 3E, Newark. (Attachments: # 1 Certification in Support of Motion # 2 Exhibit A # 3 Exhibit B # 4 Exhibit C # 5 Exhibit D # 6 Proposed Order # 7 Certificate of Service) (Blaine, Michael)

Dated: 12/6/16

                                                  James J. Waldron
                                                  Clerk, U.S. Bankruptcy Court