Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 14−19708−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Mabel Ferraro
   340 Harrison Avenue
   Roselle, NJ 07203

Social Security No.:
   xxx−xx−8955

Employer's Tax I.D. No.:

---

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 1/18/17 at 10:30 AM

to consider and act upon the following:

*58* − Motion for Relief from Stay re: 340 Harrison Avenue, Borough of Roselle, NJ 07203. Fee Amount &#036 176. Filed by Michael E. Blaine on behalf of M&T Bank. Hearing scheduled for 9/21/2016 at 10:30 AM at RG − Courtroom 3E, Newark. (Attachments: # 1 Certification in Support of Motion # 2 Exhibit A # 3 Exhibit B # 4 Exhibit C # 5 Exhibit D # 6 Proposed Order # 7 Certificate of Service) (Blaine, Michael)

Dated: 12/6/16

                                                  James J. Waldron
                                                  Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 14-19708-RG
Mabel Ferraro                                                         Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin            Page 1 of 1            Date Rcvd: Dec 06, 2016
                            Form ID: ntchrgbk      Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 08, 2016.
db             +Mabel Ferraro,    340 Harrison Avenue,    Roselle, NJ 07203-1455
aty            +Howard Weiner,    136 Central Ave,    Clark, nj 07066-1142

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 08, 2016                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 6, 2016 at the address(es) listed below:
         Alexandra T. Garcia    on behalf of Creditor    M&T Bank NJECFMAIL@mwc-law.com
         Celine P. Derkrikorian    on behalf of Creditor    M&T Bank njecfmail@mwc-law.com
         Denise E. Carlon    on behalf of Creditor    M&T Bank bankruptcynotice@zuckergoldberg.com,
        bkgroup@kmllawgroup.com
         Joshua I. Goldman    on behalf of Creditor    M&T Bank jgoldman@kmllawgroup.com,
        bkgroup@kmllawgroup.com
         Marie-Ann Greenberg    magecf@magtrustee.com
         Michael E. Blaine    on behalf of Creditor    M&T Bank mblaine@schillerknapp.com,
        tshariff@ecf.courtdrive.com;tshariff@schillerknapp.com;kcollins@schillerknapp.com
         Scott J. Goldstein    on behalf of Debtor Mabel  Ferraro sjg@sgoldsteinlaw.com,
        cmecf.sgoldsteinlaw@gmail.com;notices@uprightlaw.com;G31979@notify.cincompass.com
                                                                                                        TOTAL: 7