Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                                        Case No.: 14−19708−RG
                                        Chapter: 13
                                        Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Mabel Ferraro
   340 Harrison Avenue
   Roselle, NJ 07203

Social Security No.:
   xxx−xx−8955

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

     NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Rosemary Gambardella on:

Date:      7/19/17
Time:     10:30 AM
Location:   Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

     The following applications for compensation have been filed:

APPLICANT(S)
Scott J. Goldstein
Debtor's Attorney

COMMISSION OR FEES
$3,050.00

EXPENSES
$2.67

Creditors may be heard before the applications are determined.

     In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: June 22, 2017
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Mabel Ferraro  
    Debtor

Case No. 14-19708-RG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 2      Date Rcvd: Jun 22, 2017  
                           Form ID: 137      Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 24, 2017.
```
db          +Mabel Ferraro,    340 Harrison Avenue,    Roselle, NJ 07203-1455
aty         +Howard Weiner,    136 Central Ave,    Clark, nj 07066-1142
514903404   +ALTAIR OH XIII, LLC,    C O WEINSTEIN, PINSON, AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
             SEATTLE, WA 98121-3132
514784263  ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
            (address filed with court:  BK OF AMER,     PO BOX 982235,    EL PASO, TX 79998)
514784261   Bank of America,    Attn: Bankruptcy Dept.,    NC-4-105-03-14,    Greensboro, NC 27420-0000
514784269   McCabe Weisberg & Conway, P.C.,    216 Haddon Avenue,    Westmont, NJ 08108
514784270  ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
             TRENTON NJ 08646-0245
            (address filed with court:  New Jersey Division of Taxation,     Bankruptcy Section,    PO Box 245,
             Trenton, NJ 08695)
514803899   +TD BANK USA, N.A.,    C O WEINSTEIN, PINSON, AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
             SEATTLE, WA 98121-3132
514784273   +TD BANK USA/TARGETCRED,    PO BOX 673,    MINNEAPOLIS, MN 55440-0673
514784274   +THD/CBNA,    PO BOX 6497,    SIOUX FALLS, SD 57117-6497
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: usanj.njbankr@usdoj.gov Jun 22 2017 22:19:52     U.S. Attorney,    970 Broad St.,
             Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 22 2017 22:19:48     United States Trustee,
             Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
             Newark, NJ 07102-5235
514784262   +E-mail/Text: banko@berkscredit.com Jun 22 2017 22:19:21     BERKS CREDIT & COLL,
             900 CORPORATE DR,    READING, PA 19605-3340
514784264   +E-mail/PDF: gecsedi@recoverycorp.com Jun 22 2017 22:23:23     GE Capital Retail Bank,
             Attn: Bankruptcy Dept.,    PO Box 103104,    Roswell, GA 30076-9104
514784265   +E-mail/PDF: gecsedi@recoverycorp.com Jun 22 2017 22:23:24     GE Capital Retail Bank/JCPenney,
             P.O. Box 965001,    Orlando, FL 32896-5001
514784266    E-mail/PDF: gecsedi@recoverycorp.com Jun 22 2017 22:23:24     GECRB/JCP,    PO BOX 984100,
             EL PASO, TX 79998
514784267    E-mail/Text: cio.bncmail@irs.gov Jun 22 2017 22:19:17     Internal Revenue Service,
             Internal Revenue Centralized Insolvency,    Operation,    PO Box 7346,
             Philadelphia, PA 19101-7346
514784268    E-mail/Text: camanagement@mtb.com Jun 22 2017 22:19:32     M & T BANK,    1 FOUNTAIN PLZ,
             BUFFALO, NY 14203
514908671    E-mail/Text: camanagement@mtb.com Jun 22 2017 22:19:32     M & T Bank,    P.O. Box 1288,
             Buffalo, New York 14240
514784271   +E-mail/Text: bankruptcy@savit.com Jun 22 2017 22:20:37     SA-VIT ENTERPRISES,    46 W FERRIS ST,
             EAST BRUNSWICK, NJ 08816-2159
514784272    E-mail/Text: bankruptcy@senexco.com Jun 22 2017 22:18:56     SENEX SERVICES CORP,
             333 FOUNDS RD,    INDIANAPOLIS, IN 46268
514830604    E-mail/Text: bankruptcy@senexco.com Jun 22 2017 22:18:56     SENEX SERVICES CORP,
             3333 FOUNDERS RD,    2ND FLOOR,    INDIANAPOLIS, IN 46268
515029119    E-mail/PDF: gecsedi@recoverycorp.com Jun 22 2017 22:23:12     Synchrony Bank,
             c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
                                                                                              TOTAL: 13

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 24, 2017                                             Signature:  /s/Joseph Speetjens

```
District/off: 0312-2            User: admin              Page 2 of 2            Date Rcvd: Jun 22, 2017
                                Form ID: 137             Total Noticed: 23
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 21, 2017 at the address(es) listed below:
              Alexandra T. Garcia    on behalf of Creditor    M&T Bank NJECFMAIL@mwc-law.com
              Celine P. Derkrikorian    on behalf of Creditor    M&T Bank njecfmail@mwc-law.com
              Denise E. Carlon    on behalf of Creditor    M&T Bank bankruptcynotice@zuckergoldberg.com,
               bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor    M&T Bank jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Michael E. Blaine    on behalf of Creditor    M&T Bank mblaine@schillerknapp.com,
               tshariff@schillerknapp.com;kcollins@schillerknapp.com
              Scott J. Goldstein    on behalf of Debtor Mabel  Ferraro sjg@sgoldsteinlaw.com,
               cmecf.sgoldsteinlaw@gmail.com;notices@uprightlaw.com;G31979@notify.cincompass.com
                                                                                             TOTAL: 7
```