UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Law Offices of Scott J. Goldsten, LLC
280 West Main Street
Denville, NJ 07834
Tel: 973-453-2838
Fax: 973-453-2869
sjg@sgoldsteinlaw.com
Scott J. Goldstein (016472004)
Counsel for Debtors

Order Filed on July 21, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Mabel Ferraro

Case No.:     14-19708

Chapter:     13

Judge:     Gambardella

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: July 21, 2017**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Scott J. Goldstein, Esq._____, the applicant, is allowed a fee of $ _____3050_____ for services rendered and expenses in the amount of $_____2.67_____ for a total of $_____3052.67_____ . The allowance is payable:

    ☒ through the Chapter 13 plan as an administrative priority.

    ☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____998.00_____ per month for _____21_____ months to allow for payment of the above fee.

*rev.8/1/15*