UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
**Law Offices of Scott J. Goldstein, LLC**
280 West Main Street
Denville, NJ 07834
Tel:  973-453-2838
Fax:  973-453-2869
Scott J. Goldstein (SG1837)
sjg@sgoldsteinlaw.com

Order Filed on May 10, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Mabel Ferraro

Chapter 13 Debtor(s).

Case No.: 14-19708

Adv. No.:

Hearing Date:  5/7/2018

Judge: ROSEMARY GAMBARDELLA

## ORDER GRANTING LEAVE TO WITHDRAW
## AND STAYING PROCEEDINGS

The relief set forth on the following pages, numbered two (2) through ___ is hereby **ORDERED**.

**DATED: May 10, 2018**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

**THIS MATTER** having been opened to the Court upon the Motion of Scott J. Goldstein, Esq. and the Law Offices of Scott J. Goldstein, LLC, counsel for the within captioned debtor, Mabel Ferraro., for an Order, pursuant to Local Civil Rule 102.1, granting leave to withdraw as counsel and providing the debtor with time in which to obtain substitute counsel, and the Court having reviewed the papers in support and in opposition to the Motion and the Court having heard the arguments of counsel, if any, and for good cause shown., it is hereby

**ORDERED** that the Law Offices of Scott J. Goldstein, LLC and Scott J. Goldstein, Esq. are hereby granted leave to withdraw as counsel for the Debtor and shall be marked as terminated from this proceeding; and it is further

**ORDERED**, that all proceedings in this matter shall be stayed for thirty (30) days to permit Debtor to obtain substitute Counsel; and it is further

**ORDERED** that Movant shall serve this Order on the debtor, any trustee, and any other parties having entered an appearance in this matter.