| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>**Law Offices of Scott J. Goldstein, LLC**<br>280 West Main Street<br>Denville, NJ 07834<br>Tel:  973-453-2838<br>Fax:  973-453-2869<br>Scott J. Goldstein (SG1837)<br>sjg@sgoldsteinlaw.com | Order Filed on May 10, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Mabel Ferraro<br><br>Chapter 13 Debtor(s). | Case No.: 14-19708<br><br>Adv. No.:<br><br>Hearing Date:   5/7/2018<br><br>Judge: ROSEMARY GAMBARDELLA |

## ORDER GRANTING LEAVE TO WITHDRAW
## AND STAYING PROCEEDINGS

The relief set forth on the following pages, numbered two (2) through     is hereby **ORDERED**.

**DATED: May 10, 2018**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

**THIS MATTER** having been opened to the Court upon the Motion of Scott J. Goldstein, Esq. and the Law Offices of Scott J. Goldstein, LLC, counsel for the within captioned debtor, Mabel Ferraro., for an Order, pursuant to Local Civil Rule 102.1, granting leave to withdraw as counsel and providing the debtor with time in which to obtain substitute counsel, and the Court having reviewed the papers in support and in opposition to the Motion and the Court having heard the arguments of counsel, if any, and for good cause shown., it is hereby

**ORDERED** that the Law Offices of Scott J. Goldstein, LLC and Scott J. Goldstein, Esq. are hereby granted leave to withdraw as counsel for the Debtor and shall be marked as terminated from this proceeding; and it is further

**ORDERED**, that all proceedings in this matter shall be stayed for thirty (30) days to permit Debtor to obtain substitute Counsel; and it is further

**ORDERED** that Movant shall serve this Order on the debtor, any trustee, and any other parties having entered an appearance in this matter.

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 14-19708-RG
Mabel Ferraro                                                   Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin              Page 1 of 1              Date Rcvd: May 10, 2018
                            Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 12, 2018.
db             +Mabel Ferraro,   340 Harrison Avenue,   Roselle, NJ 07203-1455

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 12, 2018                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 10, 2018 at the address(es) listed below:
              Alexandra T. Garcia    on behalf of Creditor    M&T Bank NJECFMAIL@mwc-law.com
              Celine P. Derkrikorian     on behalf of Creditor    M&T Bank njecfmail@mwc-law.com
              Denise E. Carlon    on behalf of Creditor    M&T Bank bankruptcynotice@zuckergoldberg.com,
               bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor    M&T Bank jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Michael E. Blaine    on behalf of Creditor    M&T Bank mblaine@schillerknapp.com,
               tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com
              Scott J. Goldstein     on behalf of Debtor Mabel  Ferraro sjg@sgoldsteinlaw.com,
               cmecf.sgoldsteinlaw@gmail.com;notices@uprightlaw.com;G31979@notify.cincompass.com
                                                                                             TOTAL: 7